## CLINTON *v.* JOSHUA HENDY CORP.

No. 59, Misc.   Decided October 10, 1960.

PER CURIAM.

The appeal is dismissed.

## CEPERO *v.* PUERTO RICO ET AL.

No. 98, Misc.   Decided October 10, 1960.

PER CURIAM.

The appeal is dismissed.

## WACHTEL *v.* NEW YORK.

No. 144; Misc.   Decided October 10, 1960.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.